ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-May-17  10:52:45
60CV-22-8658
C06D06 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
SIXTH DIVISION

ARKANSAS VOTER INTEGRITY
INITIATIVE, INC., CONRAD
REYNOLDS, and DONNIE
SCROGGINS                                                              PLAINTIFFS

VS.                          CASE NO. 60CV-22-8658

JOHN THURSTON, in his official
Capacity as SECRETARY OF
STATE, the STATE BOARD OF
ELECTION COMMISSIONERS, in
its official capacity, and ELECTION
SYSTEMS AND SOFTWARE, LLC                                              DEFENDANTS

### SEPARATE DEFENDANT ELECTION SYSTEMS AND SOFTWARE, LLC'S MOTION TO DISMISS

Comes now Separate Defendant Election Systems and Software, LLC ("ESS"), by and through the undersigned counsel, and for its Motion to Dismiss the Amended Complaint filed by Plaintiffs Arkansas Voter Integrity Initiative, Inc., Conrad Reynolds, and Donnie Scroggins ("Plaintiffs"), states as follows:

1. On May 4, 2023, Plaintiffs filed an Amended Complaint seeking to hold ESS liable for: 1) fraud; 2) an illegal exaction; and 3) violations of the Arkansas Deceptive Trade Practices Act. *See* Am. Compl. at pgs. 8-14.

2. The Amended Complaint fails to meet the pleading requirements set forth in Arkansas Rules of Civil Procedure 8 and 9 and fails to state a valid cause of action against ESS.

Accordingly, Plaintiffs' Amended Complaint against ESS should be dismissed. Ark. R. Civ. P. 8(a)(1), 9(b), 12(b)(6).

3. ESS incorporates herein by reference its Brief in Support of this Motion to Dismiss, which is being filed simultaneously herewith.

WHEREFORE, Separate Defendant Election Systems and Software, LLC respectfully requests that the Court grant its Motion to Dismiss Plaintiffs' Amended Complaint and award it all other appropriate relief.

    Respectfully submitted,

    KEVIN A. CRASS (84029)
    FRIDAY ELDREDGE & CLARK, LLP
    400 West Capitol Avenue, Suite 2000
    Little Rock, Arkansas 72201-3522
    Telephone: (501) 370-1592
    Facsimile: (501) 244-5370
    crass@fridayfirm.com

    BY: /s/ Kevin A. Crass
        KEVIN A. CRASS

## CERTIFICATE OF SERVICE

      I, Kevin A. Crass, hereby certify that I have served a copy of the foregoing on counsel of record on this 17th day of May, 2023.

Clinton W. Lancaster  
Lancaster Law Firm, PLLC  
P.O. Box 1295  
Benton, AR 72018

                                    /s/ Kevin A. Crass  
                                    KEVIN A. CRASS