IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF ARKANSAS, WESTERN DIVISION

| ARKANSAS VOTER INTEGRITY INITIATIVE, INC., *et. al.* | PLAINTIFFS | |
|---|---|---|
| vs. | | Case No: |
| JOHN THURSTON, *et. al.* | DEFENDANTS | 4:23-CV-00479 |

# MOTION TO REMAND

**COMES NOW** the plaintiffs, by and through their attorneys, and for their motion state:

1. That the State of Arkansas removed this case to this Court and Election Systems and Software has consented to removal.

2. That the case involves questions of state statutory construction, an illegal exaction under the state constitution, and two causes of action related to state torts.

3. That, as a basis for removal, the State invoked the federal question doctrine relating to the interpretation of the Help America Vote Act.

4. That the amended complaint filed by the plaintiffs does not state a cause of action which arises under the federal Constitution or an act of Congress, a civil rights claim, or an action sufficient to invoke this Court's subject matter jurisdiction.

5. That, for the reasons set forth in the accompanying brief, there is no substantial federal issue to be litigated.

6. That, for the reasons set out in the brief in support, this Court should remand the case back to state court.

WHEREFORE, the plaintiffs' move this court to remand; for attorney's fees and costs; and for all other just and proper relief.

Respectfully Submitted,

**LANCASTER & LANCASTER
LAW FIRM, PLLC**
P.O. Box 1295
Benton, AR 72018
P: (501) 776-2224
F: (501) 778-6186
llf@thelancasterlawfirm.com

By: /S/ CLINTON W. LANCASTER
**Clinton W. Lancaster**, 2011179

## CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of the foregoing has been delivered by the below method to the following person or persons:

☐ First Class Mail    ☐ Facsimile    ☐ Email    ☒ AOC/ECF    ☐ Hand Delivery

All attorneys of Record