IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF ARKANSAS, CENTRAL DIVISION

| | |
|---|---|
| ARKANSAS VOTER INTEGRITY INITIATIVE, INC., *et. al.*  **PLAINTIFFS** | |
| vs. | Case No: 4:23-CV-00479 JM |
| JOHN THURSTON, *et. al.*  **DEFENDANTS** | |

## MOTION FOR EXPEDITED CONSIDERATION

**COMES NOW** the plaintiffs, by and through their attorneys, and for their motion state:

1. That the plaintiffs are seeking injunctive relief that will prevent the use of illegally configured voting machines in Arkansas elections.

2. The 2024 presidential primary is now less than eight months away.

3. That several elections have been held this year for school board positions in areas such as Washington, Baxter, and Cleburne counties.

4. That the Little Rock School District will hold its school board elections on November 14. 2023.

5. That elections in Arkansas continue to be conducted, and will be conducted, using illegal voting machines at the expense of taxpayer dollars.

6. That, exacerbating the problem, the Arkansas General Assembly mandated that voting machines be used in all elections in the state when certain conditions apply to the election. 2023 Ark. Acts 350 and 743.

7. That, for all ESS machines in Arkansas that illegally configured under all laws, taxpayer dollars are spent programming and testing the machines for

upcoming elections. In this sense, not only is the use of the machines an ultra vires act using an illegal exaction, but it is also an illegal use of tax dollars to prepare these machines for their illegal use in the elections. This is the act of compounding the use of an illegal exaction.

8. That the plaintiff's believe that time is of the essence related to tax dollars because of the challenges and risk that the tax dollars may not be recovered or recoverable.

9. That this court should expedite its consideration of the issues in this case.

10. That a brief in support is submitted with this motion.

**WHEREFORE**, the plaintiffs' move this court to remand; for attorney's fees and costs; and for all other just and proper relief.

    Respectfully Submitted,

    **LANCASTER & LANCASTER**
       **LAW FIRM, PLLC**
    P.O. Box 1295
    Benton, AR 72018
    P: (501) 776-2224
    F: (501) 778-6186
    llf@thelancasterlawfirm.com

    By: /S/ CLINTON W. LANCASTER
    **Clinton W. Lancaster,** 2011179

### CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of the foregoing has been delivered by the below method to the following person or persons:

☐ First Class Mail  ☐ Facsimile  ☐ Email  ☒ AOC/ECF  ☐ Hand Delivery

All attorneys of Record

LLF NO.: 03316