**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS   72201

**TAMMY H. DOWNS** (501) 604-5351
    **CLERK**

July 25, 2023

*Via Certified Mail: 7018 1830 0000 9350 7576*

Terri Hollingsworth
Pulaski County Circuit Court Clerk
401 West Markham Street
Little Rock, Arkansas 72201

    Re:   *Arkansas Voter Integrity Initiative Inc et al v. Thurston et al*
           U.S. District Court Eastern District of Arkansas Case No. 4:23-cv-00479-JM
           Pulaski County Circuit Court Case No. 60CV-22-08658

Dear Ms. Hollingsworth:

    Attached is a certified copy of an Order dated July 25, 2023, signed by Judge James M. Moody Jr., which remands the above-styled matter to Pulaski County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Pulaski County Circuit Court.

    If you have any questions regarding this matter, please call me at 501-604-5351

                              Sincerely,

                              TAMMY H. DOWNS, CLERK

                        By  *[signature]*
                              L. Gutierrez, Deputy Clerk

Enclosures